Decided September 30, 1997

## STATE OF CONNECTICUT *v.* MICHAEL HILTON

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 207 (AC 15845), is denied.

*Robert P. Pickering*, in support of the petition.

926

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided September 30, 1997